AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 13, 2025

SEAN F. McAVOY, CLERK

| | |
|---|---|
| INDUSTRIAL WELDING COMPANY, INC, a Washington profit corporation; S & R JORDAN, LLC, a Washington limited liability company; and STACEY and RONDA JORDAN, husband and wife | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   2:23-CV-0174-TOR |
| STATE OF WASHINGTON; WASHINGTON STATE DEPARTMENT OF TRANSPORTATION; ROGER MILLAR, in both his individual capacity and official capacity as the Transportation Secretary of the Washington State Department of Transportation, | ) ) ) |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:    Defendants' Motion for Summary Judgment (ECF No. 32) is GRANTED in part.
Pursuant to the Order filed at ECF No. 60, Judgment is entered in favor of Defendant Millar on the 42 U.S.C. § 1983
claim for violation of the Fourteenth Amendment's substantive due process clause.
Pursuant to 28 U.S.C. § 1367(c), Plaintiffs remaining state law claims of malicious prosecution, tortious Spokane County
Superior Court, State of Washington, for all further proceedings (former Spokane County Case No. 23-2-02010-32).

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge    Thomas O. Rice .

Date:  3/13/2025 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/ Ruby Mendoza _____
*(By) Deputy Clerk*

Ruby Mendoza _____